BB
AO 91 (Rev. 11/11) Criminal Complaint                                                                                         2026R00017

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-11 (DJF) |
| GEORGIO THOMAS JAMES-JONES | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 7, 2026, in Hennepin County, in the State and District of Minnesota, defendant GEORGIO THOMAS JAMES-JONES, did willfully injure and commit depredation against property of the United States, a department, and agency thereof, to wit: kicked in and broke a window of the Diana E. Murphy United States Federal Courthouse, located at 300 South Fourth Street, Minneapolis, Minnesota, and the damage to such property exceeded the sum of $1,000, all in violation of 18 U.S.C. § 1361.

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

Erinn Tobin, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: January 9, 2026

City and State: Minneapolis, MN

_____
*Judge's Signature*

Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*